IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY LEE, AIS # 184070,          :

    Plaintiff,                 :

vs.                                 :    CIVIL ACTION 09-0675-CB-M

CHIEF BROWN, et al.,                :

    Defendants.                :


ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 25th day of February, 2010.


*s/Charles R. Butler, Jr.*
*SENIOR* DISTRICT JUDGE